IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC #127841**                                                                                              **PLAINTIFF**

v.                          CASE NO. 5:14CV00164 BSM

**ANTHONY JACKSON, Captain; et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 25th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE